**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| Evelyn Goodshot-Segovia,<br><br>    Plaintiff<br><br>v.<br><br>State Collection Service, Inc.<br><br>    Defendant. | Case No. 1:14-cv-01608<br><br>**PLAINTIFF'S F.R.C.P. 30b(6)**<br>**NOTICE OF DEPOSITION** |

**NOTICE OF SETTLEMENT**

The parties have settled this case and will enter a voluntary stipulation to dismiss within 45 days.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA


By:    /s/ Mark T. Lavery
One of Plaintiff's Attorneys

Mark T. Lavery
Hyslip & Taylor LLC LPA
1100 W. Cermak, Suite B410
Chicago, IL 60608
312-508-5480