# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Evelyn Goodshot-Segovia<br><br>     Plaintiff,<br><br>v.<br><br>State Collection Service, Inc.<br><br>     Defendant. | Case No. 1:14cv1608 |

## STIPULATION OF DISMISSAL

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Hyslip & Taylor, LLC, LPA | Adam L. Plotkin P.C. |
| By: /s/ Mark T. Lavery<br>One of Plaintiff's Attorneys | By: /s/ Steven J. Wienczkowski<br>One of Defendant's Attorney |
| Mark T. Lavery, Esq.<br>917 W. 18th Street, Suite 200<br>Chicago, IL 60608<br>312-380-6110<br>Mark@lifetimedebtsolutions.com | Steven J. Wienczkowski<br>621 17th Street, #1800<br>Denver, CO 80293<br>303-296-3566<br>Swienczkowski@alp-Pc.Com |